# Court of Appeals
# of the State of Georgia

ATLANTA,  February 13, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1042. FAULKNER v. THE STATE.**

Appellant Cameron Faulkner's Motion for Remand for completion or reconstruction of the record of his arraignment proceedings is hereby GRANTED.

Faulkner shall have 30 days from the completion or reconstruction of such record in which to file his notice of appeal. If the record of the proceedings cannot be completed or reconstructed, the trial court shall issue an order so stating and Faulkner shall have 30 days from the date of said order in which to file his notice of appeal. The Clerk of the trial court is hereby ordered to transmit to this Court only the completed or reconstructed record or transcript along with any motions or orders issued by the trial court in relation to this remand order, along with a copy of this order.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/13/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*